**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**BOBBY WEST, COYA JACKSON,
DIANECHIA PATTERSON, MICHAEL
PERKINS, FALANDO MARION,
JANET F. POWER and DANIEL GREEN**                                        **PLAINTIFFS**

**VS.**                                           **CIVIL ACTION NO: 3:16-CV-79-MPM-SAA**

**CITY OF HOLLY SPRINGS, MISSISSIPPI
and KELVIN O. BUCK, Mayor of the City
of Holly Springs**                                                      **DEFENDANTS**

## ORDER

Plaintiffs initiated this lawsuit by filing a complaint on April 21, 2016 and having

summonses issued as to defendants.  Docket 1, 2.  Plaintiffs then filed an amended complaint on

May 5, 2016.  Docket 3.  On May 23, 2016 counsel for plaintiffs filed a document entitled

"Acceptance of Service," which was signed by attorney Shirley Byers and stated her agreement

to accept service of process of the summons and amended complaint filed against the city of

Holly Springs and Mayor Kelvin O. Buck.  Docket 4.  The court construes Ms. Byers's letter as a

waiver of service of process on behalf of defendants.  Consequently, defendants will have sixty

days from the date the waiver was filed to file a responsive pleading to plaintiffs' amended

complaint.  *See* Fed.R.Civ.P. 4(d)(3).

**SO ORDERED**, this the 25th day of May, 2016.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE