UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BOBBY WEST, e al**                                                                  **PLAINTIFFS**

**VS.**                             **CIVIL ACTION NO. 3:16CV79-MPM-RP**

**CITY OF HOLLY SPRINGS, MISSISSIPPI,**
**et al**                                                                            **DEFENDANTS**

## ORDER

      The parties have agreed that the City of Holly Springs should be the sole defendant as to all claims in this action, except the malicious prosecution claim, which is asserted against Mayor Buck individually. In recognition of this agreement, the parties have agreed that plaintiffs should file an amended complaint consistent with this agreement. This order will memorialize this agreement for the record.

      This, the 11th day of June, 2019.

                                          /s/ Michael P. Mills
                                          UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF MISSISSIPPI